# COMPLAINT
### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED

2025 JUL -9 P 4: 21

(Full name of plaintiff(s))

Logan Watters

N93W17452 Devon Wood Rd.

Menomonee Falls, WI  53051

      v.

(Full name of defendant(s))

Silgan Containers

N90W14600 Commerce Dr.

Menomonee Falls, WI  53051

Case Number:

25-C 0984

(to be supplied by Clerk of Court)

---

A.    PARTIES

1.    Plaintiff is a citizen of <u>Wisconsin</u> and resides at
                                     (State)

<u>N93W17452 Devon Wood Rd., Menomonee Falls, WI  53051</u>
                                     (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant <u>Silgan Containers</u>
                                           (Name)

Case 2:25-cv-00984-SCD    Filed 07/09/25    Page 1 of 5    Document 1

is (if a person or private corporation) a citizen of ___Wisconsin_____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Silgan Containers, N90W14600 Commerce Dr., Menononee Falls, WI 53051___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.      STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.      Who violated your rights;
2.      What each defendant did;
3.      When they did it;
4.      Where it happened; and
5.      Why they did it, if you know.

Aaron Mancle, then plant manager for Silgan Containers Menomonee Falls, and Silgan

Containers by large violated my rights by engaging in workplace discrimination on the

basis of protected disabilities.  Throughout the course of my employment, ~9 years,

Aaron sought disparate discipline towards me for a known disability. Sept. 1st, 2023,

Aaron implemented a new attendance policy which he had reason to believe would

disparately impact my employment. Jan. 26, 2024, I submitted a complaint highlighting

hostile workplace conditions, including an instance in which Aaron called a coworker

into his office, among other management, to laugh at the way I walk. 13 days later, I

submitted another complaint regarding Aaron's unlawful changes in attendance policy.

Management refused to hear both complaints on the basis that, they were just going to

fire me soon anyways (in spite of having no reasonable basis upon which to do so).

Mar. 21st, 2024, Silgan terminated my employment in violation of the attendance

policy, company and corporate policy, and the CBA to which they are a part. Silgan

refused to hear the complaint submitted for my termination, began to engage in

defamation towards me, and refused to provide me with documentation related to

my employment, as required by state law and federal law. All instances occurred at or

originating from Silgan Containers, N90W14600 Commerce Dr., Menomonee Falls, WI

53051. As for why they did it, I have been informed by multiple employees and

members of management that Aaron Mancle does not like me because other people

valued my opinions over his, so he targeted me through malicious actions and

disparate treatment. Silgan as a whole likely just intends to suppress my right to due

process. This complaint is just a small drop in the bucket relative to the scope of

their unlawful activities, and engaging in disability discrimination to avoid the potential

for millions of dollars in liability and tens of millions in potential loses is their most likely

justification.

## C.   JURISDICTION

[■]   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____ .

## D.   RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am seeking compensatory and punitive damages in the amount of $300,000.

Additionally, I would like the court to order Silgan Containers Menomonee Falls to

seek negotiation with Teamsters 695 to implement a formal and discrete discrimination

complaint process (at present, there is none), and I would also like the court to order

Silgan Containers Menomonee Falls to meet with me before an arbitrator to deliberate

the three complaints which Silgan ignored, at Silgan's expense.

E.    JURY DEMAND

I want a jury to hear my case.

■ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ____8th____ day of _____July_____ 20_25__.

Respectfully Submitted,

_Signature_

Signature of Plaintiff

(262) 844-5727

Plaintiff's Telephone Number

lwatters@att.net

Plaintiff's Email Address

N93W17452 Devon Wood Rd.

Menomonee Falls, WI  53051

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐     I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

■     I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.